**ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 17 2018 ★
BROOKLYN OFFICE

___CHANCY SHERRILL #3491712283___

_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND
YES ✓    NO ___

-against-

___THE PEOPLE OF THE STATE___
___OF NEW YORK/CITY___

**CV 18-2301**

___POLICE OFFICER___
___ROBERT RIVERA SHIELD # 1434___
___MIDTOWN SOUTH PRECINCT___
Defendant(s).

**VITALIANO, J.**

**GOLD, M.J.**

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I. **Parties:** (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff ___CHANCY SHERRILL # 3491712283___

If you are incarcerated, provide the name of the facility and address:

___RNDC___
___11-11 HAZEN STREET___
___East Elmhurst NEW YORK, N.Y. 11370___

Prisoner ID Number: ___# 3491712283___

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

ROBERT RIVERA   SHIEID # 1434
Full Name

POLICE OFFICER
Job Title

MIDTOWN SOUTH PRECINCT
Address

Defendant No. 2

THE PEOPLE OF THE STATE OF NEWYORK/CITY
Full Name

_____
Job Title

_____
Address

Defendant No. 3

_____
Full Name

_____
Job Title

2

```
                              _____
                              Address

       Defendant No. 4        _____
                              Full Name

                              _____
                              Job Title

                              _____
                              Address


       Defendant No. 5        _____
                              Full Name

                              _____
                              Job Title

                              _____
                              Address
```

II. **Statement of Claim:**

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? I WAS GRABED, AND THE FEMALE TRIED TO TRIP ME AND WE BOTH FELL THATS WHEN THE MALE JUMP ON ME AND STARTED BEATING ON ME. I TOLD HIM I HAD "THREE OPEN HEART OPERATIONS" HE SAID DIE THEN !!!

When did the events happen? (include approximate time and date) DEC 24, 2017 ON FIFTH AVENUE AND AT THE COURT HOUSE ON DEC 26, 2017, DEC 29, 2017, JAN 4, 2018 FEB 20, 2018 APRIL 9, 2018 AT 100 CENTRE STREET MANHATTAN SUPREME COURT.

3

**III.    Relief:** State what relief you are seeking if you prevail on your complaint.

I WAS BEAT UP BY MIDTOWN SOUTH POLICE, THE HOSPITAL COULD NOT RELEASE ME FOR 48 HOUR (EHIND) THE BEATING THE HOSPITAL TOOK A LOT OF PICTURES OF THE DAMAGE THAT OFFICER ROBERT RIVERA #1434 DID TO ME

I'M PUTTING IN THIS LAWSUIT IN FOR $20,000,000.00 DOLLARS

I declare under penalty of perjury that on __4/11/2018__, I delivered this
(date)
complaint to prison authorities at __R N D C__ to be mailed to the United
(name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __4/11/2018__

_____
Signature of Plaintiff

Name of Prison Facility or Address if not incarcerated

R N D C  11-11 HAZEN STREET
EAST ELMHURST NEW YORK, NEW YORK
11370
Address

349 17 12283
Prisoner ID#

rev. 12/1/2015

State of New York
County of Bronx

To whom it may concern;

I was standing on Fifth Avenue when a woman grab me out of nowhere and tried to trip me and thats when we both fell, thats when this guy jump on me hard like he was trying to kill me. Thats when the female said stop hitting him, your going to kill him, thats when she pull out her badge and said police. They did not identified themselves until after the fact, there are hospital pictures and records to prove what I'm trying to say. I ask my first lawyer to get my medical records and video footage but she refuse to, an was remove of my case fast, I also called 311 and put in a "complaint" the number they gave me was "CI-11540173737"

Thank for your time in read this

Chancy Sherrill
CHANCY SHERRILL

Sworn to before me this 23rd day of March 2018
by Chancy Sherrill

DANIELLE STRINGER
Notary Public State of New York
No. 01ST6131234
Qualified in Queens County
Commission Expires August 1, 2021